**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CAMRYN STANDIFER,**

    **Plaintiff,**                              Case No. 2:19–cv–3803
                                                              Judge Edmund A. Sargus, Jr.
    v.                                         Magistrate Judge Chelsey M. Vascura

**CITY OF COLUMBUS, et al.,**

    **Defendants.**

## ORDER

This matter came before the Court on February 17, 2022 for a teleconference to discuss several pretrial motions. As discussed during the conference, Defendant's Supplemental Motion *in Limine* (ECF No. 107) is **DENIED as moot**. The Court's prior Opinion and Order ruled that Plaintiff's 2021 felony conviction is admissible for impeachment purposes. (ECF No. 104.)

Plaintiff's Motion for Writ of Habeas Corpus *ad testificandum* (ECF No. 102) is **GRANTED in part and DENIED in part**. Ohio Department of Rehabilitation and Correction and will transport Plaintiff to the courthouse and he will attend trial wearing plainclothes without restraints.

Finally, Plaintiff's Motion to Separate Witnesses (ECF No. 103) is **DENIED**. Plaintiff has not shown good cause why the Court should preclude Defendant's expert witness from attending Plaintiff's expert witness's deposition. The Court will grant separation of witnesses at trial.

    **IT IS SO ORDERED.**

**2/17/2022**                                       s/Edmund A. Sargus, Jr.
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**