**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CAMERYN STANDIFER, | Case No. 2:19-cv-3803 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Chelsey M. Vascura |
| BRANDON HARMON, | **DEFENDANT'S NOTICE OF ADOPTION OF PRIOR FILINGS** |
| Defendant. | |

Pursuant to the Court's Amended Order Setting Trial Date (ECF No. 115), Defendant Brandon Harmon, hereby adopt the following filings that were previously submitted to the Court:

- MOTION IN LIMINE ECF No. 088, PAGEID #: 1030-39.

- SUPPLEMENTAL MOTION IN LIMINE ECF No. 107, PAGEID #: 1185-87.

Defendants request that the Court makes the same rulings on these matters as in its MOTION IN LIMINE ORDER issued on February 15, 2022. ECF No. 104, PAGEID #: 1174-81 and Order issued February 17, 2022. ECF No. 109 PAGEID #: 1299.

Respectfully submitted,

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)
Sheena D. Rosenberg (0088137) – Lead
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, 4th Floor
Columbus, Ohio 43215
Ph: 614.645.7385/Fx: 614.645.6949
anpickerill@columbus.gov
sdrosenberg@columbus.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on **October 17, 2022**, I electronically filed the foregoing with the Clerk of the Court by using this Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

/s/ Alexandra N. Pickerill
Alexandra N. Pickerill (0096758)