IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAMERYN STANDIFER, | : | |
| | : | Case No. 2:19-cv-3803 |
| Plaintiff, | : | |
| | : | Judge Edmund A. Sargus, Jr. |
| v. | : | |
| | : | |
| CITY OF COLUMBUS, *et al.*, | : | ORDER TO CONVEY |
| | : | |
| Defendants. | : | |

The Court **ORDERS** that the Ohio Department of Rehabilitation and Correction (DRC) convey Plaintiff, CAMERYN STANDIFER #A796317, from the Ohio Department of Rehabilitation and Correction at Madison Correctional Institution where the Plaintiff is presently housed to the U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215. Plaintiff is scheduled for Trial on Monday, November 14, 2022 through November 23, 2022 or until the trial concludes, whichever occurs first. Plaintiff is to arrive at the above stated address no later than 7:30 am each day of the scheduled trial.

**IT IS SO ORDERED.**

Dated: 10/21/2022

s/Edmund A. Sargus, Jr.
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE