# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CAMERYN STANDIFER,**

        Plaintiff,                      **NOTICE**

v.                                                   Case No. 2:19-cv-3803

                                                      Judge Edmund A. Sargus, Jr.

**CITY OF COLUMBUS,** *et al.***,**

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:        United States District Court
                Joseph P. Kinneary U.S. Courthouse
                85 Marconi Boulevard         **November 10, 2022 at 11:00 a.m.**
                Columbus, Ohio 43215

TYPE OF PROCEEDING: **TELEPHONE STATUS CONFERENCE**

**TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **November 10, 2022 at 11:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code 3803.

                                               **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**

DATE:  November 9, 2022

                                                  /s /   Christin M. Werner
                                              (By) Christin M. Werner, Deputy Clerk