Cameryn Standifer,
    Plaintiff,

v().                                                                Case Number 2:19-cv-3803
                                                                  Judge Sargus, Jr.

Brandon Harmon,
    Defendant.

# Jury Trial Day 5
# Friday, November 18, 2022
# before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Jessica Olsheski and Matthew Doyaga
For Defendants: Sheena Rosenberg and Alexandra Pickerill
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

    9:00 a.m. Jury Trial day 5 commenced and jury deliberations continue.
    1:45 p.m. Allen Charged read and Jurors will continue their deliberations.
    4:00 p.m. Case reported settled.