**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CAMERYN STANDIFER,**

    **Plaintiff,**

  v.

**BRANDON HARMON,**

    **Defendant.**

Case No. 2:19-cv-3803
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER MEMORIALIZING SETTLEMENT AND VACATING TRIAL

On November 18, 2022, the parties in this case notified the Court that they reached a settlement. As a result of this notice, the Court **VACATES** the current Jury Trial and Order Setting Trial Date and Settlement Conference. (ECF No. 115.)  The Court hereby **ORDERS** the parties to submit their stipulated dismissal to the Court on or before January 20, 2023.

This case is to remain open.

**IT IS SO ORDERED.**

**11/21/2022**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**