## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CAMERYN STANDIFER,**

   **Plaintiff,**     **Case No. 2:19-cv-3803**
  **v.**        **JUDGE EDMUND A. SARGUS, JR.**
          **Magistrate Judge Chelsey M. Vascura**

**BRANDON HARMON,**

   **Defendant.**

### <u>ORDER</u>

The parties have reported this case settled and were ordered to file a stipulated dismissal by January 20, 2023. (Order Memorializing Settlement and Vacating Trial, ECF No. 136.) The parties have not yet filed the dismissal. Thus, the Court **DISMISSES** this action subject to reactivation upon the showing of good cause. The Clerk is **DIRECTED** to **CLOSE** this case and **REMOVE** it from this Court's active docket.

   **IT IS SO ORDERED.**


**3/16/2023**        **s/Edmund A. Sargus, Jr._____**
**DATE**          **EDMUND A. SARGUS, JR.**
          **UNITED STATES DISTRIC COURT**